# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 94-381** |
| **LEN DAVIS** | **SECTION: "B"** |

## NOTICE OF APPEAL

NOW INTO COURT, through undersigned counsel, comes the defendant, LEN DAVIS, who hereby files his notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Order and Reasons of the district court of March 13, 2019 (Doc. 2476), dismissing his timely-filed F.R.Civ.Proc. 59(e) motion, as well as from all related and underlying judgments, rulings and orders of the district court, including the district court's Order and Reasons (Doc. 2466) denying an evidentiary hearing and dismissing all pending motions and claims for relief, the Judgment (Doc. 2467) denying the Section 2255 motion with prejudice, and the denial of issuance of a Certificate of Appealability (Doc. 2469).

RESPECTFULLY SUBMITTED,

/s/ Sarah L. Ottinger
Sarah L. Ottinger, La. Bar No. 24589
P.O. Box 19741
New Orleans, LA 70179
(504) 258-6537
sottinger1010@gmail.com

/s/ Rebecca L. Hudsmith
Federal Public Defender for the Middle and
Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70506
(337) 262-6336
Rebecca_Hudsmith@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record on this 10th day of May, 2019.


/s/ Sarah L. Ottinger
Sarah L. Ottinger