# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 18, 2019

Ms. Toni Doyle Tusa
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room HB406
New Orleans, LA 70130

        No. 19-70010    USA v. Len Davis
                        USDC No. 2:12-CV-752
                        USDC No. 2:94-CR-381-1

Dear Ms. Tusa,

A transcript order has been received.  Please review.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705