# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 09, 2019

Ms. Toni Doyle Tusa
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room HB406
New Orleans, LA 70130

        No. 19-70010    USA v. Len Davis
                        USDC No. 2:12-CV-752
                        USDC No. 2:94-CR-381-1

Dear Ms. Tusa,

We have not received your acknowledgment of the enclosed purchase order for the transcript in this case.  We assume the appellant has made the necessary financial arrangements for preparing the transcript.  You have 30 days from the date we received the purchase order to file the transcript with the district court clerk.  We will adjust this time only in the event financial arrangements are not complete.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Monica R. Washington, Deputy Clerk
                          504-310-7705

Enclosure(s)

cc:
    Ms. Suzanne Drouet
    Ms. Rebecca Louise Hudsmith
    Mr. Michael Edward McMahon
    Ms. Sarah Lynn Ottinger