NOTICE – TRANSCRIPT COMPLETION AND FILING IN THE DISTRICT COURT

Case Title: USA v. Len Davis

Court of Appeals No.: 19-70010

District Court No.: 94-CR-381 (Applies to: 12-CV-752)

Actual Number of Pages: 19

Actual Number of Volumes: 1

Court Reporter: Toni Tusa

Date filed: 7/15/19