# FEDERAL PUBLIC DEFENDER
## MIDDLE and WESTERN DISTRICTS OF LOUISIANA
### LAFAYETTE  HEADQUARTERS
**102 Versailles Boulevard, Suite 816**
**Lafayette,  Louisiana  70501**

**Rebecca  L.  Hudsmith**                                                            **(337)  262-6336**
**Federal Public Defender**                                                       **Fax (337)  262-6605**

September 18, 2019

Hon. Lyle W. Cayce, Clerk of Court
United States Court of Appeals
Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

      Re:  USA v. Len Davis, No. 19-70010

Dear Mr. Cayce:

      Pursuant to Fifth Circuit Rule 31.4.1, I hereby request a first-level 30-day extension of appellant's October 1, 2019, deadline for filing a motion for a certificate of appealability and brief in support, to and including October 31, 2019.

      This is a case in which the appellant, Mr. Davis, seeks review under 28 U.S.C. § 2255 from his conviction for capital murder in 1996, following his indictment in federal court in 1994. The record on appeal includes federal pleadings consisting of 19 volumes and relevant transcripts totaling over 4600 pages.  Given the extent of the record on appeal, appellant seeks an additional 30 days, to and including October 31, 2019, within which to file his motion for a certificate of appealability and brief in support.

      I reached out to AUSA Michael McMahon, who represents the appellee, and he has no opposition to this request.

                  Sincerely,

                  /s/ Rebecca L. Hudsmith
                  Rebecca L. Hudsmith

cc: Mr. Michael McMahon, Esq. (Via CM/ECF)