# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 19-70010
_____

UNITED STATES OF AMERICA,

     Plaintiff - Appellee

v.

LEN DAVIS,

     Defendant - Appellant

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
_____

O R D E R:

IT IS ORDERED that appellant's unopposed motion for an extension of 30 days, or, to and including October 31, 2019, to comply with certificate of appealability requirements is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce__

ENTERED AT THE DIRECTION OF THE COURT