# IN THE

## UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

## NO. 19-70010

---

## UNITED STATES OF AMERICA,

Plaintiff-Appellee,

## VERSUS

## LEN DAVIS,

Defendant-Appellant.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA, Nos 2:12-CV-752
and 2:94-CR-381-1

---

## APPLICATION BY APPELLANT LEN DAVIS
## FOR CERTIFICATE OF APPEALABILITY

---

NOW INTO COURT, through undersigned counsel, comes the appellant, LEN DAVIS, who hereby requests that this Court issue a certificate of appealability pursuant to 28 U.S.C. § 2253(C) and Federal Rules of Appellate Procedure Rule 22(b) on the basis that he has made a substantial showing of the denial of his federal constitutional rights.

1.

On March 20, 2012, Davis filed a timely motion under 28 U.S.C. § 2255 for relief from his 1996 convictions for conspiracy against rights under color of law pursuant to 18 U.S.C. § 241, and deprivation of rights under color of law pursuant to 18 U.S.C. § 242, for which he received sentences of death.  ROA.5498. *See also* ROA.6267 (corrected Section 2255 motion with citation to the record of the first trial); and ROA.6546 (amended Section 2255 motion).

2.

On March 22, 2018, the district court issued its Order and Reasons denying Davis's request for an evidentiary hearing on his Section 2255 motion and ordering that all claims, and all other pending motions, filed in connection with his motion filed pursuant to Section 2255, be dismissed.  ROA.7135.  In denying relief on all claims of ineffective assistance of trial counsel at the 1996 trial, the district court concluded that Davis's allegations of ineffectiveness "are based on contentions that are not supported by the law or the evidence" and are "mere conclusions" about his lawyer's performance and not enough to "give rise to a credible assertion of a deficiency" and also fail to demonstrate prejudice.  ROA.7145-7146. With respect to the claim of juror misconduct, the district court concluded that Davis "failed to demonstrate that any of the jurors were actually or fundamentally incompetent as

required by the Fifth Circuit." ROA.7146. The district court did not address claims that the government withheld favorable and material evidence.

3.

The district court issued a judgment denying Davis's Section 2255 motion with prejudice, ROA.7148, and issued a denial of a certificate of appealability. ROA.7150.

4.

Davis filed a timely motion to alter or amend the judgment denying habeas relief without a hearing. ROA.7151. In dismissing the motion, the district court concluded again that Davis's "argument of ineffective assistance of counsel are mere conclusions not supported by the record or the law." ROA.7193; ROA.7197. Davis filed a timely notice of appeal. ROA.7200.

5.

Davis now applies to this Court for the issuance of a certificate of appealability on the following issues: whether the district court erred in denying the Sixth Amendment claim that Davis's counsel in the 1996 guilt-phase trial was prejudicially ineffective; whether the district court erred in denying the Sixth Amendment claim of adverse impact of external influences on jury deliberations at Davis's 1996 guilt-phase trial; whether the district court erred in denying the

*Brady/Giglio* claim; and whether the district court abused its discretion in denying Davis a hearing on any of these claims?

WHEREFORE, LEN DAVIS, through undersigned counsel, respectfully prays that this Court issue a certificate of appealability pursuant to 28 U.S.C. § 2253(C) and Federal Rules of Appellate Procedure Rule 22(b) on the basis that he has made a substantial showing of the denial of his federal constitutional rights.

RESPECTFULLY SUBMITTED,

s/ Rebecca L. Hudsmith
REBECCA L. HUDSMITH, LSBA No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, Louisiana 70501
Telephone: (337) 262-6336
Facsimile: (337) 262-6605
Email: Rebecca_Hudsmith@fd.org

/s/ Sarah L. Ottinger
Sarah L. Ottinger, LSBA No. 24589
2563 Bayou Road, Second Floor
New Orleans, LA 70179
Telephone: (504) 258-6537
Email: sottinger1010@gmail.com

**COUNSEL FOR LEN DAVIS**

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the above and foregoing has been served via ECF/electronic filing on counsel of record for the United States on this 31st day of October, 2019.

s/ Sarah L. Ottinger
Sarah L. Ottinger

## CERTIFICATE OF COMPLIANCE

Certificate of Compliance with Type-Volume Limitation,
Typeface Requirements, and Type Style Requirements

1.   This motion complies with the type-volume limitation of Fed.R.App.P. 27(d)(2)(A) because this motion consists of 598 words and thus does not exceed the 5,200 word limitation.

2.   This brief complies with the typeface requirements of Fed.R.App.P. 27(d)(1) (E), Rule 32(a)(5) and Rule 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Word in Times New Roman typeface with a 14 point font.

3.   The undersigned understands that a material misrepresentation in completing this certificate, or circumvention of the type-volume limits may result in the Court's striking the motion and imposing sanctions against undersigned counsel.


 /s/  Sarah L. Ottinger
Attorney for Appellant Len Davis

Dated:    October 31, 2019