# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 01, 2019

Mr. Michael Edward McMahon
U.S. Attorney's Office
Eastern District of Louisiana
650 Poydras Street
Suite 1600
New Orleans, LA 70130

        No. 19-70010    USA v. Len Davis
                        USDC No. 2:12-CV-752
                        USDC No. 2:94-CR-381-1

Dear Mr. McMahon,

The appellant's motion for certificate of appealability and brief in support were filed October 31, 2019, your response/opposition is due by December 2, 2019.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Monica R. Washington, Deputy Clerk
                              504-310-7705

cc:  Mr. Kevin G. Boitmann
     Ms. Diane Hollenshead Copes
     Ms. Suzanne Drouet
     Ms. Rebecca Louise Hudsmith
     Ms. Sarah Lynn Ottinger