# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 19-70010
_____

UNITED STATES OF AMERICA,

     Plaintiff - Appellee

v.

LEN DAVIS,

     Defendant - Appellant

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
_____

O R D E R:

     IT IS ORDERED that appellee's unopposed motion for an extension of 29 days, or, to and including December 31, 2019 to file the response in opposition to the motion for certificate of appealability is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce__

ENTERED AT THE DIRECTION OF THE COURT