IN THE

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

NO. 19-70010

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

LEN DAVIS,

Defendant-Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA, Nos 2:12-CV-752
and 2:94-CR-381-1

MOTION FOR LEAVE TO FILE REPLY

COMES NOW LEN DAVIS, through undersigned counsel, and respectfully requests leave of the Court to file a Reply to Government's Response in Opposition to Certificate of Appealability.

On October 31, 2019, Appellant Len Davis filed an Application for Certificate of Appealability requesting the opportunity to brief the district court's

denial, without argument and without an evidentiary hearing, of habeas relief in this capital case.

On December 31, 2019, the government filed its Response in Opposition to Motion for Certificate of Appealability. The Response contains an erroneous application of the ineffective-assistance-of-counsel prejudice standard and a mischaracterization of one of Mr. Davis' habeas claims.

Mr. Davis seeks leave of the Court to address those issues, briefly, in a Reply. Particularly in a capital case, the government's errors should not go unaddressed. He submits as well that clarification of the issues may aid the Court in rendering a decision.

WHEREFORE, for the foregoing reasons, Mr. Davis respectfully requests that the Court grant him leave to file a Reply.

RESPECTFULLY SUBMITTED,

s/ Rebecca L. Hudsmith
REBECCA L. HUDSMITH, LSBA No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, Louisiana 70501
Telephone: (337) 262-6336
Facsimile: (337) 262-6605
Email: Rebecca_Hudsmith@fd.org

s/ Sarah L. Ottinger
Sarah L. Ottinger, LSBA No. 24589
2563 Bayou Road, Second Floor
New Orleans, LA 70119
Telephone: (504) 258-6537
Email: sottinger1010@gmail.com

**COUNSEL FOR LEN DAVIS**

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with Rule 32(g) as adopted by the United States Court of Appeals, Fifth Circuit. It contains 173 words in compliance with the word limitations of Rule 27(d)(2)(A), counting as required by rule.

s/ Sarah L. Ottinger
Sarah L. Ottinger

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 21st day of January, 2020.

s/ Sarah Ottinger
Sarah Ottinger