# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 18, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 19-70010    USA v. Len Davis
               USDC No. 2:12-CV-752
               USDC No. 2:94-CR-381-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Kevin G. Boitmann
Ms. Diane Hollenshead Copes
Ms. Suzanne Drouet
Ms. Rebecca Louise Hudsmith
Ms. Tracey Nicole Knight
Ms. Sarah Lynn Ottinger