# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 21, 2020

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 19-70010   USA v. Len Davis
                       USDC No. 2:12-CV-752
                       USDC No. 2:94-CR-381-1

Dear Ms. Michel,

Enclosed is a certified copy of the opinion issued as the mandate.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____
                               Whitney M. Jett, Deputy Clerk

Enclosure(s)

cc:
     Mr. Kevin G. Boitmann
     Ms. Diane Hollenshead Copes
     Ms. Rebecca Louise Hudsmith
     Ms. Tracey Nicole Knight
     Ms. Sarah Lynn Ottinger