# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 25, 2021

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

> Re:  Len Davis
>      v. United States
>      No. 20-7553
>      (Your No. 19-70010)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 18, 2021 and placed on the docket March 25, 2021 as No. 20-7553.

Sincerely,

**Scott S. Harris**, Clerk

by

Clara Houghteling
Case Analyst

