# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 4, 2021

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

       Re:  Len Davis
           v. United States
           No. 20-7553
           (Your No. 19-70010)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk



U.S. COURT OF APPEALS
RECEIVED
OCT 04 2021
FIFTH CIRCUIT